Supreme Court
No. 2024-383-M.P.

In the Matter of Daniel Goldsmith Ruggiero. :

**O R D E R**

This matter is before the Court pursuant to a petition for reciprocal discipline filed by this Court's Disciplinary Counsel in accordance with Article III, Rule 14 of the Supreme Court Rules of Disciplinary Procedure for Attorneys. The respondent, Daniel Goldsmith Ruggiero, was admitted to the practice of law in this state on July 9, 2007, and was removed from the Master Roll on August 24, 2023, for failing to submit his annual registration statement. The respondent is also admitted to the practice of law in the Commonwealth of Massachusetts (hereinafter Commonwealth).

On March 15, 2023, a single justice of the Supreme Judicial Court for the Commonwealth issued a Memorandum of Law and Order of Term Suspension (Order) against respondent, effective on April 14, 2023, suspending respondent for a period of one year and one day. The respondent has not been readmitted to the practice of law in the Commonwealth despite the expiration of his term suspension.

Article III, Rule 14(a), entitled "Reciprocal discipline," provides, in pertinent part: "Upon notification from any source that a lawyer within the jurisdiction of the

- 1 -

[Disciplinary] Board has been disciplined in another jurisdiction, [Disciplinary] Counsel shall obtain a certified copy of the disciplinary order and file it with the [C]ourt." On December 11, 2024, Disciplinary Counsel filed a certified copy of the Order with this Court along with her request that we impose reciprocal discipline.

On December 12, 2024, we issued an order to respondent providing him thirty days to assert any claim he may have that the reciprocal discipline should not be imposed.

On January 13, 2025, respondent filed a response to the order to show cause, asking that this Court enter an order of reciprocal discipline retroactive to April 14, 2023, the effective date of his suspension in the Commonwealth.

This matter was presented before this Court at our conference on April 10, 2025. After a review of the record, we determine that respondent has failed to show cause why identical reciprocal discipline should not be imposed. We also deny respondent's request for the discipline to be imposed retroactively.

The respondent, Daniel Goldsmith Ruggiero, is hereby suspended from the practice of law in this state for one year and one day effective immediately and until further order of this Court. The respondent shall not petition for reinstatement in this state until he is reinstated to the bar in the Commonwealth.

Entered as an order of this Court this **21ˢᵗ** day of **April 2025**.

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Daniel Goldsmith Ruggiero. | |
| **Case Number** | No. 2024-383-M.P. | |
| **Date Order Filed** | April 21, 2025 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Daniel Goldsmith Ruggiero, *pro se* | |